# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0018.  PAGANO v. THE STATE.**

Upon consideration of Maria Theresa Pagano's Emergency Motion seeking a "writ of abatement, injunction and order to halt proceedings due to lack of jurisdiction and unlawful detainment[,]" the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/18/2024

> I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

> Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.